## Gates *v.* O'Gara.

*Action to Enfore Material Man's Lien.*

(Decided Dec. 21, 1905, 39 So. Rep. 729.)

APPEAL from Bessemer City Court.
Heard before Hon. WILLIAM JACKSON.

PINKNEY SCOTT, for appellant.

L. D. GODFREY and W. F. PORTER, for appellee.

Affirmed.

Opinion by ANDERSON, J.

TYSON, SIMPSON and DENSON, JJ., concur.

---

## Sanders, *et ux. v.* Brown, *et ux.*

*Injunction.*

(Decided Dec. 20, 1906, 39 So. Rep. 732.)

APPEAL from Morgan Chancery Court.
Heard before Hon. W. H. SIMPSON.

J. E. BROWN and D. W. SPEAKE, for appellant.

W. R. FRANCIS and WERT & WERT, for appellee.

Reversed and rendered.

Opinion by DENSON, J.

HARALSON, TYSON and SIMPSON, JJ., concur.

---

## Jenkins *v.* Clisby, *et al.*

*Ejectment.*

(Decided Dec. 21, 1905, 39 So. Rep. 735.)

APPEAL from Birmingham City Court.
Heard before Hon. CHAS. A. SENN.

GEORGE. HUDDLESTON, for appellant.

R. C. REDUS, for appellee.

DOWDELL, J.—This case is affirmed on the authority of *James v. Clark*, 89 Ala. 606, 7 So. Rep. 161 and *Smith v. Boutwell*, 101 Ala. 373, '13 So. Rep. 568.

HARALSON, TYSON, ANDERSON and DENSON. JJ., concur.